```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERRANCE VANTERPOOL,

        Plaintiff,

vs.                                                                                            Civil Action No.:
                                                                                                                                             1:20-CV-03423-SDA

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## **ORDER**

      AND, NOW, this 14th day of December, 2020, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due February 8, 2021. All subsequent deadlines are also extended by thirty (30) days.

Entered: December 14, 2020                                          _____
                                                                                 Hon. Stewart D. Aaron
                                                                                 United States Magistrate Judge